**EXHIBITS**

**Exhibit A:** Letter and Sworn Declaration from Violet Healthcare (Gladys Mariam Olivera, PMHNP-BC), dated June 30, 2026

**Exhibit B:** Letter from Heramba Mental Healthcare (Tchido Yao, DNP, ARNP, PMHNP-BC), dated July 1, 2026

19

# EXHIBIT A



**H E R A M B A**
MENTAL HEALTHCARE
EMPOWERING THE MIND, MASTERING THE BODY

1314 Central Ave. S, Kent, WA 98032
Suite 203
Phone: 888 – 867 – 0204
Fax:    888 – 867 - 2165

July 1, 2026

To Whom It May Concern,

As a result of the Maui wildfires and the trauma associated with that event, which led to this office diagnosing Brian Evans with Post-Traumatic Stress Disorder (PTSD), it is my professional opinion that Mr. Evans lacked the capacity to enter into any contractual agreement or agreement of any kind from the time of the Maui wildfires through his last clinical evaluation on September 23, 2025, during which he was actively engaged in treatment.

While PTSD may be a chronic condition, with continued treatment it is anticipated that the patient may continue to demonstrate clinical improvement over time in accordance with his ongoing care in Florida.

It is my opinion, based solely on my clinical evaluation up to September 23, 2025, that Mr. Evans would have lacked the capacity to enter into or sign any agreement or contract during the period from the time of the Maui wildfires through September 23, 2025. This opinion is limited to the timeframe in which the patient was under this office's care. No clinical assessment has been conducted after this date; therefore, any opinion regarding his current or future capacity would require updated evaluation.

Sincerely,

*tchidoyao*

**Tchido Yao, DNP, ARNP, PMHNP-BC**

# EXHIBIT B



Violet Healthcare Psychiatric and Mental Health Services
Phone: 786-353-9308
Fax: 786-353-9304
Email: violethealthcorp@gmail.com

**June 30, 2026**

**To:** Whom It May Concern

**RE: Court**

Dear Sir or Madam,

I am a Board-Certified Psychiatric Mental Health Nurse Practitioner (PMHNP-BC) licensed to practice psychiatry. I am writing this letter regarding my patient, Brian Evans , whom I have personally evaluated and treated since December 3, 2025, for psychiatric conditions including Post-Traumatic Stress Disorder (PTSD), Generalized Anxiety Disorder (GAD), Major Depressive Disorder (MDD), and insomnia.

The information contained in this letter is based upon my direct clinical evaluations of the patient, my treatment of the patient, my review of the patient's psychiatric history, and the information provided to me by the patient during the course of treatment.

According to the patient's consistent history, he was present during the August 8, 2023 Maui Wildfires and experienced significant psychological trauma associated with that event. He further reported that following the wildfire, he developed persistent symptoms including intrusive recollections, hypervigilance, anxiety, emotional distress, avoidance behaviors, sleep disturbance, impaired concentration, and difficulty with emotional regulation. He also reported initiating psychiatric treatment and psychotherapy in 2023 following these events.

When I first evaluated the patient on December 3, 2025, he continued to exhibit clinically significant symptoms consistent with chronic PTSD. At that time, my examination demonstrated persistent anxiety, emotional distress, impaired concentration, trauma-related rumination, sleep impairment, and reduced ability to effectively process stressors. In my professional opinion,

1

these symptoms substantially affected his emotional functioning and his ability to consistently exercise clear judgment during periods of heightened psychological distress.

Because of the severity of his symptoms, I initially scheduled psychiatric follow-up appointments every two weeks in order to closely monitor his condition and response to treatment.

As part of his treatment plan, I prescribed:

- **Clonazepam 2 mg twice daily as needed** for severe anxiety and trauma-related symptoms.
- **Buspirone (Buspar) 7.5 mg twice daily** for ongoing management of generalized anxiety symptoms.

Throughout the course of treatment, the patient remained compliant with medication management and continued psychiatric follow-up. Over time, he demonstrated gradual clinical improvement. His anxiety symptoms became less severe, emotional regulation improved, and his concentration and cognitive functioning progressively stabilized.

Based upon my serial psychiatric evaluations, it is my professional opinion that by approximately February 27, 2026, the patient demonstrated meaningful clinical improvement. At that point, he exhibited improved emotional stability, clearer thought processes, improved concentration, and significantly better decision-making capacity than had been observed during the initial phase of treatment. Although symptoms of PTSD remained present, they were substantially better controlled and no longer caused the same degree of functional impairment observed at the onset of my care.

Given his improvement, the frequency of psychiatric follow-up visits was appropriately reduced from every two weeks to monthly medication management appointments. Since that time, the patient has remained psychiatrically stable while continuing treatment under my care.

Based upon my education, training, clinical experience, repeated psychiatric evaluations, and ongoing treatment relationship with this patient, it is my professional medical opinion, held to a reasonable degree of psychiatric certainty, that the patient's PTSD is consistent with the traumatic history he reported, and that his psychiatric symptoms have required ongoing treatment and have resulted in significant functional impairment. My opinions are based upon my independent psychiatric assessment, objective clinical findings, mental status examinations, and longitudinal observation of the patient's progress during treatment.

Should additional information be required, I would be happy to provide it within the limits permitted by law and with the patient's authorization.

Sincerely,

2



Gladys Mariam Olivera, PMHNP-BC
Psychiatric Mental Health Nurse Practitioner
Violet Healthcare Psychiatric and Mental Health Services
Phone: 786-353-9308
Fax: 786-353-9304
Email: violethealthcorp@gmail.com

**Declaration**

I declare on this 30th of June, 2026 that under penalty of perjury under the laws of the State of Florida that the foregoing statements are true and correct to the best of my personal knowledge, information, and professional medical judgment.



Gladys Mariam Olivera, PMHNP-BC

Psychiatric Mental Health Nurse Practitioner

Violet Healthcare Psychiatric and Mental Health Services

Phone: 786-353-9308

Fax: 786-353-9304

Email: violethealthcorp@gmail.com

3